UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

BAHMAN T. EDALATI,

    Defendant.
_____/

No. 06-80206 MISC PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of plaintiff's application for order for appearance and examination of judgment debtor for enforcement of judgment.

    The parties will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

    **IT IS SO ORDERED.**

Dated: September 10, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge